**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KIRK TRADEWELL AND JACQUELINE TRADEWELL,

     Petitioners

    v.

THE HONORABLE JUDGE BRET BINDER,

     Respondent

: No. 12 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

 **AND NOW**, this 10th day of June, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.